*William S. Sinclair* and *James J. Mahoney* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

, Order of the Appellate Division and award of the State Industrial Board reversed and claim dismissed, with costs. The typhoid was not proved to be the result of an accidental injury. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

DOROTHY FORD, as Administratrix of the Estate of DENNIS FORD, Deceased, Respondent, *v.* THE GRAND UNION COMPANY, Appellant.

(Submitted October 14, 1935; decided October 15, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 268 N. Y. 243.)

LAND FINANCE CORPORATION, Appellant, *v.* FRANK GIORGIO, JR., as Trustee in Bankruptcy of NOX REALTY CORPORATION, Respondent.

(Submitted October 7, 1935; decided October 15, 1935.)